# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**KELLY BRADLEY,**
     **Plaintiff,**

vs.                                                       Case No. 5:06cv127/SPM/MD

**CHARLES JACOBS, et al.,**
     **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action in June 2006 by filing a civil rights complaint. Plaintiff submitted a motion to proceed *in forma pauperis* which was denied due to deficiencies (doc. 5). On July 13, 2006 plaintiff filed another motion to proceed *in forma pauperis* (doc. 9). This motion was granted on August 23, 2006 and plaintiff was given thirty (30) days to pay the initial partial filing fee. Plaintiff requested an extension in which to pay the fee (doc. 24) and he was given until October 20, 2006 (doc. 25).

After receiving no response from plaintiff, this court entered an order (doc. 28) on October 25, 2006 directing plaintiff to show cause within twenty days why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court. To date, plaintiff has failed to file his initial partial filing fee or explain his inability to do so in response to the order to show cause.

**Accordingly, it is respectfully RECOMMENDED:**

**1.     That this case be dismissed without prejudice for failure to prosecute and failure to comply with an order of the court.**

**2.     That the clerk be directed to close the file.**

**At Pensacola, Florida, this 14th day of December, 2006.**

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.* A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).