UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY BRADLEY

    VS                                              CASE NO.   5:06cv127/SPM/MD

CHARLES JACOBS, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   June 21, 2006
Type of Motion/Pleading: MOTION TO DIRECT THE CLERK AND FOR FBI ADVISOR OPINION TO CONDUCT CIVIL RIGHTS INVESTIGATION
Filed by: PLAINTIFF              on 6/14/06         Document   3
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
                                                on _____   Doc.# _____
                                                on _____   Doc.# _____
                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                 /s/ Elizabeth Cooley
                                                Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 10th day of January, 2007, that:

(a)   The requested relief is DENIED.

(b)   _____

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.