IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY BRADLEY,

       Plaintiff,

vs.                          CASE NO. 5:06-CV-127-SPM

CHARLES JACOBS, *et al.*,

       Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 31) filed December 14, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections (doc. 32) December 26, 2006. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

      Instead of explaining his failure to properly prosecute this case, Plaintiff continues his tirade against the courts, prison system, and others who he believes are out to harm him. Plaintiff has made no coherent statements that would substantiate any of his allegations, and he has failed to respond to court

orders.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.  The magistrate judge's report and recommendation (doc. 31) is adopted and incorporated by reference in this order.

2.  This case is hereby *dismissed* for failure to prosecute and to obey an order of the Court.

**DONE AND ORDERED** this eleventh day of January, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge